WILLIAM J. BROWN v. ROBERT E. FRAZER, CIRCUIT JUDGE OF WAYNE COUNTY.

RULE TO PLEAD.—EFFECT OF FAILURE TO ENTER.

Relator applied for *mandamus* to compel respondent to dismiss a case commenced by declaration for failure to enter a rule to plead as required by the statute.

*William Stacey*, for relator.

An order to show cause was denied under the rule laid down in *Coe v. Hinkley*, decided June 30, 1896, and reported in the Detroit Legal News of July 15, in which case a copy of the rule to plead served on the defendant was endorsed on the copy of the declaration on which return of service was made. And it was held that if, as a fact, the rule to plead was not entered, it might be entered, *nunc protunc*, under the statute of amendments.

FRED WOEMPENER v. ELWOOD F. KETCHUM.

BOND.—SUPERSEDEAS TO STAY EXECUTION.

Motion by defendant Ketchum for a writ of *Supersedeas* to stay execution. Denied. The facts are stated below.

*J. J. Patek*, for motion.

*J. W. Byers*, contra.

Ketchum brought *certiorari* to review a justice's judgment. He gave the usual bond. The judgment was affirmed, and proceedings thereon stayed for twenty days. During the life of the stay Ketchum sued out a writ of error, but filed no *supersedeas* or other bond. After the expiration of the twenty days, and after the return of the writ, and before the expiration of the thirty days within which an execution must, under How. Stat. § 7029, have been issued in order to warrant its levy upon the property of the surety, Woempener took out an execution, and caused it to be levied upon the real estate of the surety. (Under *Weiss v. Circuit Judge*, 50 Mich. 158, said thirty days commences to run from and after the taxation of costs) Ketchum moved in the Supreme Court for a writ of *supersedeas* to stay execution upon the circuit court judgment, and presented with the motion the usual *supersedeas* bond with two sureties, each of whom justified in the penalty of the bond. This showing was met by four affidavits as to the pecuniary irresponsibility of the proposed sureties.